## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ARVINTHAN NADAR and PREMA**                                    **PLAINTIFFS**
**THANGAVEL, as Parents of Child Doe**

**v.**                         **CASE NO: 4:14CV363 BSM**

**BENTONVILLE SCHOOL DISTRICT; TONY WOOD,**
**and the ARKANSAS DEPARTMENT OF**
**EDUCATION**                                                   **DEFENDANTS**

### JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 14th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE